UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: THE MATTER OF LA CARRIERS, LLC AS OWNER AND OPERATOR OF THE M/V KAREN KOBY, PETITIONING OR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: <br><br> SECTION: <br><br> JUDGE: <br><br> MAGISTRATE JUDGE: <br><br> ADMIRALTY - Rule 9(h) |

## BOND FOR LIMITATION FUND

**WHEREAS**, the Limitation Petitioner, LA Carriers, LLC, has instituted a proceeding in this Court for exoneration from and/or for limitation of liability as owner of the M/V KAREN KOBY, her engines, tackle, gear, furnishings, appurtenances, etc. (hereinafter "the Vessel"), in respect of an alleged incident occurring on or about June 15, 2022, as set forth in the Complaint for Exoneration from or Limitation of Liability filed in such proceeding (the "Limitation Proceeding"); and

**WHEREAS**, in the Limitation Proceeding, LA Carriers, LLC, among other things, prays that a notice be issued to all persons asserting claims related to the alleged incidents set forth in the Limitation Complaint, admonishing them to file their respective claims and to answer the Limitation Complaint, and that an injunction restraining the commencement and prosecution of any actions or proceedings against LA Carriers, LLC, its agents, representatives, employees or any of its property, including but not limited to the Vessel, resulting from the alleged incident set forth in the Limitation Complaint; and

**WHEREAS**, LA Carriers, LLC wishes to (1) prevent the further prosecution of any and all proceedings related to the alleged incident described in the Limitation Complaint that have been

#100515865v1

1

**EXHIBIT 2**

previously instituted against LA Carriers, LLC, its agents, representatives, employees or any of its property, including but not limited to the Vessel; (2) prevent the commencement or prosecution hereafter of any and all claims, causes of actions, or legal proceedings related in any way to the incidents described in the Limitation Complaint; and (3) deposit security with this Court for the benefit of any claim that may be asserted and for damages sustained, if any be proven at trial attributable to the fault of LA Carriers, LLC, *in personam*, and/or the Vessel, *in rem*, in the sum equal to the fair market value of LA Carriers, LLC's interest in the Vessel, and its then pending freight, $4,772,785.00 U.S. DOLLARS, plus costs and interest at the rate of 6% per annum, all in accordance with the Shipowners' Limitation of Liability Act, 46 U.S.C. §§ 30501, *et seq.* and Supplemental Admiralty Rule F.

**NOW, THEREFORE**, in consideration of the foregoing, LA Carriers, LLC, as owner of the Vessel and as Principal, and U.S. Specialty Insurance Company, as Surety, hereby undertake jointly, severally, and *in solido* to satisfy and pay any final judgment or settlement rendered herein against LA Carriers, LLC and/or the Vessel, for the aggregate principal sum not to exceed $4,772,785.00 U.S. DOLLARS, together with costs and interest at the rate of 6% per annum from the date hereof, until paid or until this Bond is released, diminished, or cancelled by any other order of this Court.

**THE FURTHER CONDITIONS OF THIS OBLIGATION ARE:**

1. In no event shall Surety's liability hereunder exceed the principal sum of $4,772,785.00 U.S. DOLLARS, together with costs and interest, from the date this bond goes into effect, at a rate of 6% per annum until paid.

2. The security of this Bond is granted in connection with, and strictly limited to, the Limitation Proceeding and the claims asserted therein, if any, and for purposes of the Shipowners'

Limitation of Liability Act (46 U.S.C. §§ 30501, *et seq.*) and the requirements thereof, and it shall not extend or be applied to any other proceeding, action or suit, to any claims raised in any other proceeding, action or suit, or to any other claim, threatened or asserted, by any other claimant.

3.  This Bond is given entirely without prejudice as to any rights or defenses which LA Carriers, LLC, the Vessel, the Surety, or any others at interest therein may have, none of which are to be regarded as waived, and all of which are reserved, including, but not limited to, all jurisdictional defenses of the Principal and the Vessel, rights or defenses pertaining to exoneration from or limitation of liability, and the right to seek a reduction in the quantum of the Bond as allowed by Rule F of the Supplemental Rules for Admiralty or Maritime Claims & Asset Forfeiture Actions.

Dated this 2nd day of December, 2022.

WITNESSES:

[signatures]

LA CARRIERS, LLC
PRINCIPAL

BY: [signature]
Johnny R. Plaisance
(PRINTED NAME)

ITS: Trust Beneficiary

U.S. SPECIALTY INSURANCE COMPANY
SURETY

BY: [signature] Amanda Riedl

AMANDA RIEDL
ITS: ATTORNEY-IN-FACT



# POWER OF ATTORNEY
### AMERICAN CONTRACTORS INDEMNITY COMPANY   TEXAS BONDING COMPANY
### UNITED STATES SURETY COMPANY   U.S. SPECIALTY INSURANCE COMPANY

KNOW ALL MEN BY THESE PRESENTS: That American Contractors Indemnity Company, a California corporation, Texas Bonding Company, an assumed name of American Contractors Indemnity Company, United States Surety Company, a Maryland corporation and U.S. Specialty Insurance Company, a Texas corporation (collectively, the "Companies"), do by these presents make, constitute and appoint:

Andre Autin, Stephen M. Beahm, Kristine Donovan, Clark P. Fitz-Hugh, David Cleveland Joseph, Elizabeth K. Kearney, Catherine C. Kehoe, Conway C. Marshall, Amanda Alice Riedl or Victoria Scruggs of New Orleans, Louisiana

its true and lawful Attorney(s)-in-fact, each in their separate capacity if more than one is named above, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety, providing the bond penalty does not exceed ******Seventy Five Million****** Dollars ( ***75,000,000.00*** ). This Power of Attorney shall expire without further action on January 31st, 2024. This Power of Attorney is granted under and by authority of the following resolutions adopted by the Boards of Directors of the Companies:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and on behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings, including any and all consents for the release of retained percentages and/or final estimates on engineering and construction contracts, and any and all notices and documents cancelling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached.

IN WITNESS WHEREOF, The Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this 23rd day of September, 2021.

### AMERICAN CONTRACTORS INDEMNITY COMPANY   TEXAS BONDING COMPANY
### UNITED STATES SURETY COMPANY   U.S. SPECIALTY INSURANCE COMPANY

State of California

County of Los Angeles

By: _____
Daniel P. Aguilar, Vice President

*A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document*

On this 23rd day of September, 2021, before me, D. Littlefield, a notary public, personally appeared Daniel P. Aguilar, Vice President of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (seal)



D. LITTLEFIELD
Notary Public - California
Los Angeles County
Commission # 2320307
My Comm. Expires Jan 31, 2024

I, Kio Lo, Assistant Secretary of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Companies, which is still in full force and effect; furthermore, the resolutions of the Boards of Directors, set out in the Power of Attorney are in full force and effect

In Witness Whereof, I have hereunto set my hand and affixed the seals of said Companies at Los Angeles, California this 2 day of December, 2022.

Corporate Seals
Bond No. 1001030644

Agency No. 16586

_____
Kio Lo, Assistant Secretary

HCCSMANPOA09/2021

visit tmhcc.com/surety for more information