UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: IN THE MATTER OF<br>LA CARRIERS, LLC AS OWNER AND<br>OPERATOR OF THE M/V KAREN KOBY,<br>PETITIONING FOR EXONERATION FROM<br>OR LIMITATION OF LIABILITY | CIVIL ACTION<br>NO. 2:22-cv-04987-LMA-KWR<br><br>SECTION: I<br>DIVISION: 4 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CORPORATE DISCLOSURE STATEMENT
## OF RIGID CONSTRUCTORS, LLC

NOW INTO COURT, through undersigned counsel, comes Rigid Constructors, LLC, who, in accordance with F.R.C.P. 7.1, tenders the following information referable to its corporate structure:

No publicly traded company owns 10% or more of the stock of Rigid Constructors, LLC. Rigid Constructors, LLC has no parent company, and is privately held.

RESPECTFULLY SUBMITTED:

BREAUD & MEYERS

*S/Alan K. Breaud*

_____
ALAN K. BREAUD, Bar Roll No. 3420
TIMOTHY W. BASDEN, Bar No. 21469
Post Office Box 51365
Lafayette, Louisiana 70505
(337) 266-2200
FAX (337) 266-2204
alan@breaudlaw.com
Counsel for Rigid Constructors, LLC