UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: THE MATTER OF LA CARRIERS, LLC AS OWNER AND OPERATOR OF THE M/V KAREN KOBY, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: 2:22cv04987<br><br>JUDGE: LANCE M. AFRICK<br><br>MAGISTRATE JUDGE: KAREN WELLS ROBY<br><br>ADMIRALTY - Rule 9(h) |

### LA CARRIERS, LLC'S WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, comes LA Carriers, LLC (LA Carriers), as owner and operator of the M/V KAREN KOBY, who has petitioned this Honorable Court for exoneration from or limitation of liability, who submits its Witness and Exhibit List for the upcoming trial of the captioned matter, as follows:

### WITNESS LIST

1. John Plaisance
   LA Carriers, LLC
   752 Industrial Park
   Larose, Louisiana 70373

2. Tommy Plaisance
   LA Carriers, LLC
   752 Industrial Park
   Larose, Louisiana 70373

3. Capt. Chester Murphy
   107 Smith Road
   DeFuniak Springs, Florida 32433

4. Antonio Clay
   418 East Westville Avenue
   Geneva, Alabama 36340

5. Jerrad Williams
3457 West White Street
Bonifay, Florida 32425

6. Terry Allen Scott
752 Industrial Park
Larose, Louisiana 70373

7. Jeff Mizzi
Rigid Constructors, LLC
3861 Ambassador Caffery
Lafayette, Louisiana 70503

8. Shane Acosta
3861 Ambassador Caffrey
Lafayette, Louisiana 70503

9. Ronnie Douget
3861 Ambassador Caffery
Lafayette, Louisiana 70503

10. Dalton Morein
15 Omar Bradley Road
Ville Platte, Louisiana 70586

11. Aidan Honaker
122 Cabernet Drive
Opelousas, Louisiana 70570

12. Fred Weber
1000 Renaud Drive
Scott, Louisiana 70583

13. Dillard Bowman
3861 Ambassador Caffrey
Lafayette, Louisiana 70503

14. Coby Bernard
3523 Bares Road
Abbeville, Louisiana 70510

15. Brooks Luke
7455 Highway 1
Lockport, Louisiana 70374

16. Aaron McKinney
    2500 River Road
    Baton Rouge, Louisiana 70821

17. Robert Sarver
    3861 Ambassador Caffrey
    Lafayette, Louisiana 70503

18. Dallin Coffman
    Forefront Emergency Management
    2345 Atascocita Road
    Humble, Texas 77396

19. Sean Quinn
    Safe Harbor Insurance, Inc.
    c/o Staines Eppling
    3500 North Causeway Boulevard
    Metairie, Louisiana 70002

20. Kyle Smith
    141 Allen Toussaint Boulevard, Suite 115
    New Orleans, Louisiana 70115

21. Marc Fazioli
    12411 Donna Drive
    Houston, Texas 77067

22. Bob Bartlett
    Patrick Adams
    Julia Boyd
    Scott Pierce
    Bartlett Engineering
    2618 Edenborn, Suite D
    Metairie, Louisiana 70002

23. Scott McClure
    2929 Briar Park, Suite 220
    Houston, Texas 77042

24. David Pereira
    Sabine Surveyors, Ltd.
    2424 Edenborn Avenue, Suite 620
    Metairie, Louisiana 70001

25. Alan Archer
    1407 Hounds Hollow Court
    Lutz, Florida 33549

26. Tristen Plaisance
    752 Industrial Park
    Larose, Louisiana 70373

27. Dylan Trim
    Rigid Constructors, LLC
    3861 Ambassador Caffrey
    Lafayette, Louisiana 70503

28. Thomas Naquin
    LA Carriers, LLC
    752 Industrial Park
    Larose, Louisiana 70373

29. Mark Henry
    LA Carriers, LLC
    752 Industrial Park
    Larose, Louisiana 70373

30. An Economist
    (Not Yet Named)

31. Kent Hoffmeister
    Global Marine Technologies, LLC
    548 Beau Chene Drive
    Mandeville, Louisiana 70471

32. Robert B. Our
    Address Unknown

33. Bobby Bonl
    Rigid Constructors, LLC
    3861 Ambassador Caffery
    Lafayette, Louisiana 70503

34. Steven Mayer
    CBF Welders
    3523 Bares Road
    Abbeville, Louisiana 70510

35.  Mason Tomczek
     CBF Welders
     3523 Bares Road
     Abbeville, Louisiana 70510

## EXHIBIT LIST

1. Photo of the Barge AMBITION prior to the sinking

2. Logs of the M/V KAREN KOBY

3. Photos of the M/V KAREN KOBY

4. Photos taken during the salvage of the AMBITION

5. Photos taken by Bartlett Engineering of the AMBITION

6. Photos taken by Kyle Smith of the AMBITION

7. Photos taken by Marc Fazioli of the AMBITION

8. Weather reports of the route taken by the KAREN KOBY June 14 and 15, 2022

9. Voyage plan of the KAREN KOBY dated June 14, 2022

10. Barge report of the AMBITION prepared June 14, 2022

11. Merchant Marine credentials of the crew of the KAREN KOBY

12. Boatracs records of the M/V KAREN KOBY June 14, 2022 and June 15, 2022

13. Rosepoint rewards of the M/V KAREN KOBY June 14, 2022 and June 15, 2022

14. USCG 2692 for the incident in suit

15. LA Carriers watch standing procedures

16. Video record of movements of the M/V KAREN KOBY June 14, 2022 and June 15, 2022

17. Drug testing results of the crew of the M/V KAREN KOBY following the incident in suit

18. Foundation drawings of the AMBITION

19. Brymar Marine lift plan for the AMBITION

20. E-mails regarding the towing of the AMBITION at any time

21. Texts recording the towing of the AMBITION at any time

22. Records of the M/V BOSCO for the towing of the AMBITION in February 2022

23. Barge inspection reports for the AMBITION at any time

24. LA Carriers' records for tows of the AMBITION on prior voyages

25. LA Carriers Towing Safety Management System (TSMS)

26. Rigid Safety Manual

27. Texts of Patriot Marine

28. Full ticket

29. Certificates of documentation for GD 983 and GD 962

30. Welding invoice from CBF November 2020

31. Welding invoice from CBF March/April 2022

32. Rigid employee policy handbook

33. Towing logs provided by Rigid

34. Rigid's overview and equipment profile

35. Rigid's appraisal of the AMBITION

36. LA Carriers appraisal of the AMBITION

37. Loss of use estimates of Rigid

38. McKinney salvage invoice

39. Diagrams of the AMBITION by Global Marine Technologies

40. Bills of Sale for the GD 962 and GD 983

41. Texts between Patriot Marine and Dylan Trim

42. Texts from Patriot Marine concerning the Barge AMBITION

43. Rigid new hire Video 1

44. Rigid new hire Video 2

45. Photos post incident

46. Videos post incident

47. Miscellaneous pictures of the AMBITION while under tow

48. Marine incident investigation report

49. Photos taken by LA Carrier's experts – close-ups of hull interior and exterior

50. Photos taken by LA Carrier's experts during the salvage of the AMBITION

51. Texts between Patriot Marine (Brooks Luke) and Rigid

52. Texts between Patriot Marine and LA Carriers

53. Records of any survey or inspection of the Barge AMBITION at any time

54. Certificate of documentation on the M/V KAREN KOBY

55. Records of the Barge AMBITION breaking away during a hurricane

56. Remnants of the Barge AMBITION preserved after the sinking

57. Models, drawings and other demonstrative exhibits

Respectfully submitted,

*/s/ Jefferson R. Tillery*
JEFFERSON R. TILLERY (La. Bar No. 17831)
WAYNE G. ZERINGUE, JR. (La. Bar No. 18516)
SARA B. KUEBEL (La. Bar No. 38305)
**JONES WALKER, LLP**
201 St. Charles Avenue – Suite 5100
New Orleans, Louisiana 70170-5100
Telephone:   (504) 582-8616
Facsimile:   (504) 589-8616
E-Mail:   jtillery@joneswalker.com
   wzeringue@joneswalker.com
   skuebel@joneswalker.com
*Attorneys for Petitioner, LA Carriers, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2023, a copy of the foregoing has this date been served on all counsel of record in this proceeding via the CM/ECF system, which will send a notice of electronic filing to all counsel record.

> */s/ Jefferson R. Tillery*
> JEFFERSON R. TILLERY.