UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: IN THE MATTER OF<br>LA CARRIERS, LLC<br>AS OWNER AND OPERATOR<br>OF THE M/V KAREN KOBY | CIVIL ACTION<br><br>NO. 22-4987<br><br>SECTION: "P" (4) |

## ORDER

The Court has been notified that claimant Safe Harbor Pollution Insurance Company has resolved its claim against petitioner LA Carriers, LLC in the above-captioned matter.

Accordingly, **IT IS ORDERED** that the action between Safe Harbor Pollution Insurance Company and LA Carriers, LLC is hereby **DISMISSED WITHOUT PREJUDICE** to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days from the date of this order. Each party will bear its own costs. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

**THE PARTIES ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 6th day of September 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**