UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: IN THE MATTER OF<br>LA CARRIERS, LLC<br>AS OWNER AND OPERATOR<br>OF THE M/V KAREN KOBY | CIVIL ACTION<br><br>NO. 22-4987<br><br>SECTION: "P" (4) |

### ORDER

This matter is set for a Bench Trial on December 18, 2023, a Pretrial Conference on December 6, 2023, and a Settlement Conference on December 4, 2023. In an effort to assist the parties' preparation for these docketed events and to resolve as many issues as possible before the trial, and in light of the Court's other scheduling obligations, the Court hereby gives notice of its forthcoming Order and Reasons on the two motions currently pending before the Court.

The Court has under submission a Motion for Partial Summary Judgment (R. Doc. 41) filed on behalf of Limitation Petitioner, LA Carriers, LLC, and a Motion to Strike (R. Doc. 50) filed on behalf of Limitation Claimant, Rigid Constructors, LLC. Having carefully considered these motions, the memoranda and materials submitted in support and opposition thereto, and the applicable law, the Court **DENIES** both motions, with written reasons to follow.

New Orleans, Louisiana, this 29th day of November 2023.

                                                                                       **DARREL JAMES PAPILLION**
                                                                           **UNITED STATES DISTRICT JUDGE**