UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: THE MATTER OF LA CARRIERS, LLC AS OWNER AND OPERATOR OF THE M/V KAREN KOBY, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: 2:22cv04987<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE:<br>KAREN WELLS ROBY<br><br>ADMIRALTY - Rule 9(h) |

## LA CARRIERS, LLC'S TRIAL WITNESS LIST

**NOW INTO COURT,** through undersigned counsel, comes LA Carriers, LLC (LA Carriers), as owner and operator of the M/V KAREN KOBY, petitioner in limitation, who submits the following list of witnesses they intend to call at the upcoming trial:

1. John Plaisance
2. Tommy Plaisance
3. Jeff Mizzi (on cross-examination)
4. Capt. Chester Murphy
5. Jerrad Williams
6. Terry Allen Scott
7. Antonio Clay
8. Bob Bartlett
9. Kyle Smith
10. Marc Fazioli
11. Scott McClure
12. Austin Dooley
13. David Pereira
14. Shane Acosta
15. Ronnie Douget
16. Coby Bernard
17. Brooks Luke
18. Aaron McKinney
19. Gary Tallent
20. Andrew Minster
21. Mason Tomczer

22. Stephen Mayer
23. Jarrett Carline
24. Dylan Trim
25. Jim Smitty
26. Tristen Plaisance
27. Aidan Honaker

Respectfully submitted,

*/s/ T. Patrick Baynham*
JEFFERSON R. TILLERY (La. Bar No. 17831)
T. PATRICK BAYNHAM (La. Bar No. 16805)
SARA B. KUEBEL (La. Bar No. 38305)
**JONES WALKER, LLP**
201 St. Charles Avenue – Suite 5100
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8616
Facsimile: (504) 589-8616
E-Mail: jtillery@joneswalker.com
tpbaynham@joneswalker.com
skuebel@joneswalker.com

LEXI T. HOLINGA (La. Bar No. 30096)
Hinshaw & Culbertson, LLP
400 Convention Street, Suite 1001
Baton Rouge, Louisiana 70802
Telephone: (225) 333-3244
E-Mail: lholinga@hinshawlaw.com

***Attorneys for Petitioner, LA Carriers, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2023, a copy of the foregoing has this date been served on all counsel of record in this proceeding via the CM/ECF system, which will send a notice of electronic filing to all counsel record.

*/s/ T. Patrick Baynham*
T. PATRICK BAYNHAM