UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  THE MATTER OF | * | CIVIL ACTION NO.:  2:22CV04987 |
| LA CARRIERS, LLC AS OWNER AND | * | |
| OPERATOR OF THE M/V KAREN KOBY, | * | JUDGE LANCE M. AFRICK |
| PETITIONING FOR EXONERATION FROM | * | |
| OR LIMITATION OF LIABILITY | * | MAG. JUDGE KAREN WELLS ROBY |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FINAL WILL CALL WITNESS LIST ON
BEHALF OF RIGID CONSTRUCTORS, LLC**

NOW INTO COURT, through undersigned counsel, comes Rigid Constructors, LLC ("Rigid"), who lists the following witnesses who will be called to testify at Trial:

1. Jeff Mizzi, President of Rigid's Marine Division

2. Shane Acosta, General Superintendent of Rigid's Marine Division

3. Ronnie Douget, Supervisor/Crane Operator, Rigid

4. Dillard Bowman, Operator, Rigid

5. Dylan Trim, Project Manager, Rigid

6. Jarrett Carline, Operator, Rigid

7. Charles "Chester" Murphy, Master of M/V KAREN KOBY

8. Jerrad Williams, Relief Captain of M/V KAREN KOBY

9. Terry Allen Scott, Deckhand of M/V KAREN KOBY

10. Antonio Clay, Deckhand of M/V KAREN KOBY

11. Aaron McKinney, Vice President, McKinney Salvage, LLC

12. Fred O. Budwine, Marine Surveyor, Budwine & Associates, LLC

13. Michael G. Hassett, Naval Architect/Marine Engineer, Brymar Marine, LLC

14. Kent Hoffmeister, Global Marine Technologies, LLC

15. René A. Cheramie, A.R. Cheramie Marine Management, Inc.

16. Andrew Badeaux, ASA, Revpro and Associates

Respectfully Submitted:

BREAUD & MEYERS

*s/ Alan K. Breaud*

_____
ALAN K. BREAUD, Bar Roll No. 3420
TIMOTHY W. BASDEN, Bar Roll No. 21469
420 Oil Center Drive (70503)
Post Office Box 51365
Lafayette, Louisiana  70505-1365
Telephone:     (337) 266-2200
Facsimile:      (337) 266-2204
alan@breaudlaw.com
tim@breaudlaw.com

Attorneys for Rigid Constructors, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Final Will Call Witness List has this day been filed electronically with the Court and served on all counsel of record through this Court's CM/ECF system.

Lafayette, Louisiana, this 13th day of December, 2023.

*s/ Alan K. Breaud*

_____
ALAN K. BREAUD