MINUTE ENTRY
PAPILLION, J.
DECEMBER 21, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: IN THE MATTER OF LA CARRIERS, LLC AS OWNER AND OPERATOR OF THE M/V KAREN KOBY | CIVIL ACTION<br><br>NO. 22-4987<br><br>SECTION "P" |

**BENCH TRIAL**
(Continued from 12/20/2023)

COURTROOM DEPUTY: Courtney Ancar
COURT REPORTER: Toni Tusa

APPEARANCES:
Alan K. Breaud, Counsel for Claimant Rigid Constructors, LLC
Jefferson R. Tillery, Lexi T. Holinga, Angela Hess, and Thomas P. Baynham, Counsel for Petitioner La Carriers, LLC

8:04 a.m.
All present and ready.
Tommy Plaisance, sworn and testified.
Recess 9:17 – 9:31 a.m.
Michael Hassett, sworn and testified as an expert.
Kent Hoffmeister, sworn and testified.
Recess 10:47 a.m. – 1:01 p.m.
Andrew Badeaux, sworn and testified as an expert.
Fred Budwine, sworn and testified as an expert.
Claimant's Exhibit 33, offered and admitted.
Claimant rests.
Recess 2:27 – 2:33 p.m.
Petitioner's witnesses.
Austin Dooley, sworn and testified as an expert.
Claimant's Exhibit 43, offered and admitted.
Recess 3:48 – 4:04 p.m.
Continued testimony of Austin Dooley.
Coby Bernard, sworn and testified.
Petitioner's Exhibit 65, offered and admitted.
Riley Tallent-Gary, sworn and testified.
Court recessed at 5:31 p.m., to reconvene on Thursday, December 28, 2023, at 8:00 a.m.

JS-10: 06:37