MINUTE ENTRY
PAPILLION, J.
JANUARY 3, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: IN THE MATTER OF LA                    CIVIL ACTION
CARRIERS, LLC AS OWNER AND
OPERATOR OF THE M/V KAREN KOBY                NO. 22-4987

                                              SECTION "P"

**BENCH TRIAL**
(Continued from 12/29/2023)

COURTROOM DEPUTY:  Courtney Ancar
COURT REPORTER:  Toni Tusa

APPEARANCES:
Alan K. Breaud, Counsel for Claimant Rigid Constructors, LLC
Jefferson R. Tillery, Lexi T. Holinga, Angela Hess, and Thomas P. Baynham, Counsel for
Petitioner La Carriers, LLC

8:02 a.m.
All present and ready.
Scott McClure, sworn and testified as an expert.
Petitioner's Exhibits 85, 86, 87, 88, 89, 90, offered and admitted.
Recess 9:56 – 10:19 a.m.
Continued testimony of Scott McClure.
Tommy Plaisance, sworn and testified.
Claimant's Exhibit 40, offered and admitted.
Petitioner's Exhibit 91, offered and admitted.
Claimant's Exhibit 38, offered and admitted.
Recess 11:55 a.m. – 1:02 p.m.
Petitioner's Exhibits 18, 24, offered and admitted.
Petitioner rests.
Supplemental briefing ORDERED. Briefing due **JANUARY 24, 2024**.
The matter is taken under advisement.
Court adjourned at 1:09 p.m.

JS-10:  03:37