# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    LOUISIANA

| IN RE: IN THE MATTER OF LA CARRIERS, LLC AS OWNER AND OPERATOR OF THE M/V KAREN KOBY | TRIAL EXHIBIT & WITNESS LIST |
|---|---|
| | Case Number: 22-4987 P(4) |

| | PRESIDING JUDGE DARREL JAMES PAPILLION | | | CLAIMANT, RIGID CONSTRUCTORS, LLC'S ATTORNEY: Alan K. Breaud  PETITIONER, LA CARRIERS, LLC'S ATTORNEYS: Jefferson R. Tillery, Angela Hess, Lexi Holinga, and Thomas Baynham | | |
|---|---|---|---|---|---|---|
| | TRIAL DATE (S) December 18, 2003-January 3, 2024 | | | COURT REPORTER Toni Tusa | COURTROOM DEPUTY Courtney Ancar | |
| CLMT NO. | JOINT NO. | PET NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | 12/18/23 | | | **Charles Murphy, via video deposition** |
| | | 56 | 12/18/23 | X | X | All exhibits to the May 25, 2023 Deposition of Chester Murphy |
| | | | 12/18/23 | | | **Jeff Mizzi** |
| 15 | | | 12/18/23 | X | X | Photographs and videos taken by Jeff Mizzi and Shane Acosta the morning of June 15, 2022 within hours of the sinking of the barge Ambition |
| 3 | | | 12/18/23 | X | X | Photograph of the barge Ambition prior to its sinking |
| 2 | | | 12/18/23 | X | X | Certificates of Documentation of barges GD 983 and GD962 |
| 1 | | | 12/18/23 | X | X | Drawings prepared by Global Marine Technologies, LLC for the marrying of barges GD983 and GD962 which made the barge Ambition |
| 4 | | | 12/18/23 | X | X | NAA Report of Brymar Marine, LLC (Michael G. Hassett, PE) dated July 16, 2020 with attachments |
| 5 | | | 12/18/23 | X | X | List of prior tows of the barge Ambition from date of initial service through date of sinking |
| 12 | | | 12/18/23 | X | X | Last known GPS coordinates for the barge Ambition from GPS broadcaster on Conex box (June 14, 2022-June 15, 2022) |
| 19 | | | 12/18/23 | X | X | Salvage proposals received by Rigid from Tritan Offshore, TNT Salvage, LLC, and DLS, LLC |
| 20 | | | 12/18/23 | X | X | Salvage Plan of McKinney Salvage, LLC prepared by Aaron McKinney submitted to the U.S. Coast Guard for approval on or about June 23, 2022 |
| 21 | | | 12/18/23 | X | X | Update to Salvage Plan prepared by McKinney Salvage, LLC (for submission to the U.S. Coast Guard) |
| 22 | | | 12/18/23 | X | X | Salvage Agreement dated July 14, 2022 between Rigid Constructors, LLC and McKinney Salvage, LLC |
| 23 | | | 12/18/23 | X | X | Invoices from McKinney Salvage, LLC |
| 24 | | | 12/18/23 | X | X | Invoices from Patriot Marine Services, LLC |
| 25 | | | 12/18/23 | X | X | Invoices from ES&H Consulting Services, Inc. |
| 11 | | | 12/18/23 | X | X | Fair Market Value Report from Revpro & Associates dated June 10, 2022 showing fair market value of the barge Ambition and its mounted equipment five days before the sinking to be $6,300,000.00 |
| 28 | | | 12/18/23 | X | X | Documentation regarding loss of use claim of Rigid for the loss of the barge Ambition (E-Crane 1) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | | | 12/18/23 | X | X | Diving Reports |
| 8 | | | 12/18/23 | X | X | Rigid's Employee Policy Handbook |
| 9 | | | 12/18/23 | X | X | Rigid Constructors Safe Work Practice Manual |
| 10 | | | 12/18/23 | X | X | Rigid Constructors, LLC Overview and Equipment Profile |
| | | 54 | 12/18/23 | X | X | All exhibits to the May 23, 2023 30(b)(6) Deposition of Rigid |
| | | 54A | 12/18/23 | X | X | 30(b)(6) deposition transcript of Rigid |
| | | 59 | 12/18/23 | X | X | La Carriers, LLC's First Set of Interrogatories and Request for Production of Documents (30(b)(6)) |
| | | 60 | 12/18/23 | X | X | La Carriers, LLC's Second Set of Interrogatories and Request for Production of Documents to Rigid |
| | | 33 | 12/18/23 | X | X | Records of Lady Terea Move – Port Arthur |
| | | 23 | 12/18/23 | X | X | CBF Welding Invoice 11-2020 |
| | | 32 | 12/18/23 | X | X | Records of the MV Boscoe Feb 2022 |
| | | 34 | 12/18/23 | X | X | Dylan Trim Texts |
| | | 61 | 12/19/23 | X | X | 5/17/23 Letter from Alan Breaud enclosing Responses to La Carriers 30(b)(6) Document Request together with Rigid's Responses (Production Doc RC659) & Screenshot of Dropbox Link to Docs Produced |
| | | 62 | 12/19/23 | X | X | Devall Fleet Invoices |
| | | 35 | 12/19/23 | X | X | Jeff Mizzi Texts |
| | | 42 | 12/19/23 | X | X | Ind Diving Services Records |
| | | 44 | 12/19/23 | X | X | Mitsui Insurance Policy (page 11) |
| | | 45 | 12/19/23 | X | X | CBF Welding Declaration, Responses, Photos, Videos |
| | | | 12/19/23 | | | **Jerrad Williams** |
| | | 63 | 12/19/23 | X | X | Rosepoint Screenshot Voyage annotated by Jerrad Williams |
| | | | 12/19/23 | | | **Shane Acosta** |
| | | | 12/19/23 | | | **Jarrett Carline** |
| | | | 12/20/23 | | | **Ronald Douget** |
| | | | 12/20/23 | | | **Antonio Clay** |
| 14 | | | 12/20/23 | X | X | Barge Report 6/14/22 |
| | | 9 | 12/20/23 | X | X | Barge Inspection Report 6-14-22 |
| | | | 12/20/23 | | | **Aaron McKinney** |
| 19A | | | 12/20/23 | X | X | McKinney Salvage Bid |
| 20 | | | 12/20/23 | X | X | Salvage Plan of McKinney Salvage (submitted to USCG for approval 6/23/22 |
| 22 | | | 12/20/23 | X | X | Salvage Agreement 7/14/22 |
| 30 | | | 12/20/23 | X | X | Field Barge Survey of Barge Ambition 7/9/22 by Leviathan Offshore for McKinney Salvage |
| 31 | | | 12/20/23 | X | X | Diagram from Aaron McKinney 7/11/22 (showing barge's current position in the mud at the bottom of the Gulf of Mexico) |
| 27 | | | 12/20/23 | X | X | Video of Aaron McKinney's Walk-Through |
| | | 64 | 12/20/23 | X | X | Barge layout Diagram with annotations of Aaron McKinney |

|    |       |          |   |   |                                                                                                                                 |
|----|-------|----------|---|---|---------------------------------------------------------------------------------------------------------------------------------|
|    |       | 12/20/23 |   |   | **Dylan Trim**                                                                                                                  |
|    |       | 12/20/23 |   |   | **Rene' Cheramie**                                                                                                              |
|    |       | 12/21/23 |   |   | **Tommy Plaisance**                                                                                                             |
|    |       | 12/21/23 |   |   | **Michael Hassett**                                                                                                             |
|    |       | 12/21/23 |   |   | **Kent Hoffmeister**                                                                                                            |
|    |       | 12/21/23 |   |   | **Andrew Badeaux**                                                                                                              |
|    |       | 12/21/23 |   |   | **Fred Budwine**                                                                                                                |
| 33 |       | 12/21/23 | X | X | Inspection Photos of Barge Ambition (after salvage)                                                                             |
|    |       | 12/21/23 |   |   | **Austin Dooley**                                                                                                               |
| 43 |       | 12/21/23 |   |   | Karen Koby boat track chart                                                                                                     |
|    |       | 12/21/23 |   |   | **Coby Bernard**                                                                                                                |
|    | 65    | 12/21/23 | X | X | Barge layout diagram with annotations of Coby Bernard                                                                           |
|    |       | 12/21/23 |   |   | **Riley Tallent-Gary**                                                                                                          |
|    |       | 12/28/23 |   |   | **Robert Bartlett**                                                                                                             |
|    | 5A229 | 12/28/23 | X | X | Bartlett Photos                                                                                                                 |
|    | 5G2   | 12/28/23 | X | X | Bartlett Photos                                                                                                                 |
|    | 5G183 | 12/28/23 | X | X | Bartlett Photos                                                                                                                 |
|    | 5G184 | 12/28/23 | X | X | Bartlett Photos                                                                                                                 |
|    | 66    | 12/28/23 | X | X | Figure 1 of Appendix F-Bartlett Report                                                                                          |
|    | 5G35  | 12/28/23 | X | X | Bartlett Photos                                                                                                                 |
|    | 5G207 | 12/28/23 | X | X | Bartlett Photos                                                                                                                 |
|    | 67    | 12/28/23 | X | X | Bartlett Photos-Annotated by Robert Bartlett                                                                                    |
|    | 5G59  | 12/28/23 | X | X | Bartlett Photos                                                                                                                 |
|    | 5G41  | 12/28/23 | X | X | Bartlett Photos                                                                                                                 |
|    | 5L24  | 12/28/23 | X | X | Bartlett Photos                                                                                                                 |
|    | 5L35  | 12/28/23 | X | X | Bartlett Photos                                                                                                                 |
|    | 5L46  | 12/28/23 | X | X | Bartlett Photos                                                                                                                 |
|    | 5G331 | 12/28/23 | X | X | Bartlett Photos                                                                                                                 |
|    | 68    | 12/28/23 | X | X | Appendix B1-Bartlett Report                                                                                                     |
|    | 69    | 12/28/23 | X | X | Barge Compartment Demonstrative-Annotated by Robert Bartlett                                                                    |
|    | 70    | 12/28/23 | X | X | Appendix E1-Bartlett Report                                                                                                     |
|    | 71    | 12/28/23 | X | X | Appendix G with Photo 5G.124-Annotated by Robert Bartlett-Thickness vs Elevation Diagram of Port Side of Port Barge             |
|    | 5A118 | 12/28/23 | X | X | Bartlett Photos                                                                                                                 |
|    | 5G124 | 12/28/23 | X | X | Bartlett Photos                                                                                                                 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 72 | 12/28/23 | X | X | Bartlett Photos-Annotated by Robert Bartlett |
| | | 73 | 12/28/23 | X | X | Bartlett Photos-Exhibit 72 without annotation |
| | | 5G70 | 12/28/23 | X | X | Bartlett Photos |
| | | 5A139 | 12/28/23 | X | X | Bartlett Photos |
| | | 74 | 12/28/23 | X | X | Barge Layout Diagram-Annotated by Robert Bartlett showing pumped tanks from Devall Fleet records |
| | | | **12/28/23** | | | **James Smithey** |
| | | 75 | 12/28/23 | X | X | Report of Valuation of Karen Koby by Andrew Minster-Rivers & Gulf |
| | | | **12/28/23** | | | **Brooks Luke** |
| | | 22 | 12/28/23 | X | X | Text messages of Patriot Marine (2) |
| | | 17 | 12/28/23 | X | X | Records of Brymar Marine of AMBITION |
| | | 28 | 12/28/23 | X | X | Email to LAC from Brooks Luke, Dylan Trim |
| | | | **12/28/23** | | | **Marc Fazioli** |
| | | 76 | 12/28/23 | | | Photo LAC 000043-Annotated by Marc Fazioli showing open hatch covers |
| | | | **12/29/23** | | | **Charles Murphy** |
| | | 77 | 12/29/23 | X | X | Exhibit 10.6-10.10-Credentials of Captain Chester Murphy |
| | | 78 | 12/29/23 | X | X | Exhibit 9-6/14/22 Barge Inspection Report |
| | | 79 | 12/29/23 | X | X | Demonstrative 52-with annotated route of voyage by Captain Murphy |
| | | 80 | 12/29/23 | X | X | Demonstrative 52-with annotated Shoal Map by Captain Murphy |
| | | 81 | 12/29/23 | X | X | Demonstrative 52-with annotated Channel Marker by Captain Murphy |
| | | 82 | 12/29/23 | X | X | Demonstrative 52-with annotated Obstructions by Captain Murphy |
| | | 8 | 12/29/23 | X | X | Voyage Plan of AMBITION |
| | | 2 | 12/29/23 | X | X | Vessel Logs Karen Koby |
| | | 14 | 12/29/23 | X | X | Watch standing protocol |
| | | 15 | 12/29/23 | X | X | Safety training |
| | | 16 | 12/29/23 | X | X | Post Incident Drug Test |
| | | 20 | 12/29/23 | X | X | Towing Management Safety System |
| | | 38 | 12/29/23 | X | X | Annual Surveys etc. Karen Koby |
| | | 37 | 12/29/23 | X | X | Karen Koby Documents-Management Audits |
| | | 36 | 12/29/23 | X | X | FINAL LAC Sub M RCP VSL Karen Koby 20210202 |
| 44 | | | 12/29/23 | X | X | Location of Sinking on Route Chart-Annotated by Charles Murphy |
| | | | **12/29/23** | | | **Kyle Smith** |
| | | 83 | 12/29/23 | X | X | Demonstrative 49-Photo of Channel Marker |
| | | 84 | 12/29/23 | X | X | 3 Photos-Page 9 from Kyle Smith Report |
| | | | **1/3/24** | | | **Scott McClure** |

|  |  | 85 | 1/3/24 | X | X | 2 Photos-Page 7 from Scott McClure Report |
|---|---|---|---|---|---|---|
|  |  | 86 | 1/3/24 | X | X | 2 Photos-Page 8 from Scott McClure Report |
|  |  | 87 | 1/3/24 | X | X | 2 Photos-Page 9 from Scott McClure Report |
|  |  | 88 | 1/3/24 | X | X | 1 Photo-Page 10 from Scott McClure Report |
|  |  | 89 | 1/3/24 | X | X | 2 Photos-Page 11 from Scott McClure Report |
|  |  | 90 | 1/3/24 | X | X | Figure 7-10 from Scott McClure Report with annotations of daylight |
|  |  |  | **1/3/24** |  |  | **Tommy Plaisance** |
| 40 |  |  | 1/3/24 | X | X | Video record of Movements of M/V KAREN KOBY on 6/14/22 and 6/15/22 |
|  |  | 91 | 1/3/24 | X | X | Boatracs records of M/V KAREN KOBY 6/14/22 and 6/15/22-annotated by Tommy Plaisance |
| 38 |  |  | 1/3/24 | X | X | Boatracs records of M/V KAREN KOBY 6/14/22 and 6/15/22 |
|  |  | 18 | 1/3/24 | X | X | Karen Koby Vessel Documentation |
|  |  | 24 | 1/3/24 | X | X | Welding Invoice from CBF March/April 2022 |